**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Maria Aide Vargas-Murillo,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-05027-PHX-MTL

**ORDER**

This matter is before the Court on its own review. On July 24, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus as to her request for release from custody based on Respondents' non-opposition. (Doc. 8.) The Court further ordered Respondents to "provide a notice of compliance within two (2) business days of Petitioner's release." (*Id.*) Having received no such notice from Respondents, on August 18, 2026, the Court once again directed Respondents to file the requisite notice of compliance within 2 days. (Doc. 10.) To date, Respondents still have not filed the notice of compliance as directed. Accordingly,

**IT IS ORDERED** setting this matter for a status conference on **Friday, September 11, 2026, at 2:30 p.m.** before United States District Judge Michael T. Liburdi, Courtroom 504, Sandra Day OConnor United States Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. This hearing shall be vacated if Respondents file the notice of compliance as directed.

Dated this 4th day of September, 2026.

Michael T. Liburdi
United States District Judge